IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENTE M. AHUMADA,

    Petitioner,                                   No. CIV S-10-3455 EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

                                            ORDER

    Respondent.
_____/

    Petitioner is a prisoner proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    On January 5, 2011, the court found that petitioner had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a properly request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Petitioner was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in a recommendation that this action be dismissed.

////

////

1    The 30-day period has expired and petitioner has not paid the filing fee, filed a completed
2 *in forma pauperis* application, or otherwise responded to the court's order.
3    Accordingly, it is hereby ORDERED that this action be dismissed without prejudice.
4 Dated: February 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2