IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENTE M. AHUMADA,

    Petitioner,                        No. CIV S-10-3455 EFB P

    vs.

ANTHONY HEDGPETH,

    Respondent.                   <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Before the court is petitioner's first amended petition.

    Petitioner's application must be dismissed with leave to amend. *See* Rule 4, Rules Governing § 2254 Cases (requiring summary dismissal of habeas petition if, upon initial review by a judge, it plainly appears "that the petitioner is not entitled to relief in the district court").

    As petitioner is aware, the court requires all petitions for writ of habeas corpus be filed on the proper form, which is provided by this court. L.R. 190(b); *see also* Rule 2(c)-(d), Rules Governing Section § 2254 Cases. Petitioner has not used the proper form, despite an earlier order from the court instructing him to do so.[1] *See* Dckt. No. 10.

---

[1] Moreover, it appears likely that the instant challenge, apparently to a 1989 conviction, will be barred by the applicable one-year statute of limitations, which became effective on April

1

1    Accordingly, it is ORDERED that:

2    1. Petitioner's amended petition is dismissed with leave to amend.

3    2. Petitioner has 30 days from the date of this order to file an amended petition for a writ of habeas corpus curing the deficiencies identified in this order.  The petition must bear the docket number assigned to this action and be styled, "Second Amended Petition."  The petition must also be complete in itself without reference to any prior petition.  Failure to comply with this order will result in dismissal.

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated:   October 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

24, 1996.

2