IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENTE M. AHUMADA,

    Petitioner,                             No. CIV S-10-3455 EFB P

    vs.

ANTHONY HEDGPETH,

    Respondent.                           <u>ORDER</u>

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Before the court is petitioner's second amended petition.

        A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. The petition must be dismissed if on initial review the court finds that "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules Governing § 2254 Cases. An application for federal habeas relief must specify all grounds for relief, state facts supporting each ground and state the relief requested. Rule 2, Rules Governing § 2254 Cases. While under Ninth Circuit precedent, this court must liberally construe the allegations of a prisoner proceeding

without counsel, *see Roy v. Lampert*, 465 F.3d 964, 970 (9th Cir. 2006), the court cannot grant relief based on conclusory allegations not supported by any specific facts, *Jones v. Gomez*, 66 F.3d 199, 204-05 (9th Cir. 1995); *James v. Borg*, 24 F.3d 20, 26 (9th Cir. 1994).

Petitioner's second amended petition, rather than specifying the grounds for relief, simply states "please refer to first amended petition." Dckt. No. 17 at 6. As has already been explained to petitioner, an amended petition must be complete in itself without reference to prior petitions. Petitioner is hereby notified that in order for this court to review his application, he must file an amended petition that contains all relevant claims, and that provides the court with all necessary information without reference to prior petitions. *See* Rule 2(c), Rules Governing § 2254 Cases.

Accordingly, it is ORDERED that:

1. Petitioner's amended petition is dismissed with leave to amend.

2. Petitioner has 30 days from the date of this order to file an amended petition for a writ of habeas corpus curing the deficiencies identified in this order. The petition must bear the docket number assigned to this action and be styled, "Third Amended Petition." The petition must also be complete in itself without reference to any prior petition. Failure to comply with this order will result in dismissal.

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: April 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2